# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Matthew Delre                        CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 25-14582 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Mission Servicing Residential, Inc. and index same on the master mailing list.

                                 Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
17 Nov 2025, 08:33:00, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 49dda27dcea6943c5bd95ea9ad2b8543923c81a481931cffa5f558c9d7571969