*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Matthew Delre<br><br>   Debtor(s). | Case No. 25–14582–pmm<br><br>Chapter: 13 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated November 12, 2025, this case is hereby DISMISSED.

*(signed)* Patricia M. Mayer

**Date: December 4, 2025**

Patricia M. Mayer
Judge, United States Bankruptcy Court

Missing Documents:
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C–1
Means Test Calculation Form 122C–2 – If Applicable
Chapter 13 Plan
Schedule I
Statement of Financial Affairs
Summary of Assets and Liabilities