United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 25-14582-pmm

Matthew Delre                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 04, 2025 | Form ID: pdf900 | Total Noticed: 11 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew Delre, 1334 Fairmont Street, Whitehall, PA 18052-6014 |
| 15073016 | + | Mission Servicing Residential, Inc., C/O Matthew Fissel, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15071138 | | Ppl Electric Utilities Corpora, 501 Greene St, Augusta, GA 30901-4404 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 05 2025 00:18:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 05 2025 00:19:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 15071131 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 05 2025 00:35:54 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15074522 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 05 2025 00:36:03 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15071132 | + | Email/Text: compliance@contractcallers.com | Dec 05 2025 00:19:00 | Cci/Contract Callers Inc, Attn: Bankruptcy Dept, 501 Greene St Fl 3, Augusta, GA 30901-4415 |
| 15071133 | + | Email/Text: compliance@contractcallers.com | Dec 05 2025 00:19:00 | Contract Callers Inc, 501 Greene St, Augusta, GA 30901-4415 |
| 15071134 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 05 2025 00:18:00 | Goldman Sachs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 15071135 | | Email/Text: LC-Bankruptcy-RF@loancare.net | Dec 05 2025 00:18:00 | Loancare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15071136 | | M1f/mazdafinsv/defi/tm |
| 15071137 | | Mazda Financial |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 04, 2025 | Form ID: pdf900 | Total Noticed: 11 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2025                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOHN EVERETT COOK | on behalf of Debtor Matthew Delre bankruptcy@everettcooklaw.com g29494@notify.cincompass.com;cook.everettb129037@notify.bestcase.com |
| MATTHEW K. FISSEL | on behalf of Creditor Mission Servicing Residential  Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    )
    Matthew Delre                        )          Case No. 25−14582−pmm
                                         )
                                         )
    Debtor(s).                           )          Chapter: 13
                                         )
                                         )

### ORDER

       AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated November 12, 2025, this case is hereby DISMISSED.

**Date: December 4, 2025**

_____
Patricia M. Mayer
Judge, United States Bankruptcy Court

Missing Documents:
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1
Means Test Calculation Form 122C−2 − If Applicable
Chapter 13 Plan
Schedule I
Statement of Financial Affairs
Summary of Assets and Liabilities